Decided February 5, 1996

### STATE OF CONNECTICUT *v.* JAMES DARDEN

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 39 Conn. App.

645 (AC 14010), is granted, limited to the following issue:

"Having found that the state had inadvertently destroyed evidence relevant to the defendant's guilt, did the Appellate Court properly order a new trial rather than an evidentiary hearing?"

The Supreme Court docket number is SC 15360.

*Lawrence J. Tytla,* assistant state's attorney, in support of the petition.

*Jeremiah Donovan,* in opposition.

Decided February 5, 1996